United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELLEN MCDONNELL, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-04276-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to *Torres v. Hansen,* 16-cv-06607-SI.

**IT IS SO ORDERED.**

Dated: August 25, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge