UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELLEN MCDONNELL, *et al*.,<br><br>　　　　Defendants. | Case No. 23-cv-04276-SI<br><br>**JUDGMENT** |

The Court has dismissed the complaint without leave to amend.  Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 8, 2023　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge